FILED
 2017 Aug-29  AM 09:29
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SAMUEL KEITH FULLER,** individually and as executor of the Estate of James R. Fuller, deceased, et al,<br><br>   Plaintiffs,<br><br>v.<br><br>**ALABAMA DEPARTMENT OF TRANSPORTATION,** by and through the Director of Alabama Department of Transportation, et al.<br><br>   Defendants. | **Civil Action No.:**<br>**1:17-cv-01214-VEH** |

## ORDER REMANDING CASE

For the reasons stated in the memorandum opinion entered contemporaneously herewith, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the Plaintiffs' federal claim pursuant to 28 U.S.C. § 1983 is hereby **DISMISSED without prejudice**. Having dismissed all claims over which it has original jurisdiction, the Court declines to exercise supplemental jurisdiction over the remaining state law claim (28 U.S.C. § 1367(c)(3)) and **REMANDS** this case to the Circuit Court of Calhoun County, Alabama.

**DONE** and **ORDERED** this 29th day of August, 2017.

*/s/ VEHopkins*
_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge